AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### District of Connecticut

FILED
2012 JUL 9 PM 2 57
U.S. DISTRICT COURT
NEW HAVEN, CT.

United States of America
v.
Richard Castro

Case No: 3:09cr269(EBB)
USM No:

Date of Original Judgment:        Nov. 23, 2010
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    X DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  Nov. 23, 2010  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  ~~June 29, 2012~~  7/9/12

/s/ Ellen Bree Burns, USDJ
*Judge's signature*

Effective Date: _____
*(if different from order date)*

ELLEN BREE BURNS, SR. U.S.D.J.
*Printed name and title*